James L. KEES, Petitioner–Appellant,

v.

Anthony C. NEWLAND, Warden, Respondent–Appellee.

No. 00–15691.
D.C. No. CV–97–01437–MMC.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 16, 2001.

Decided March 14, 2001.

Before SCHROEDER, Chief Judge, WALLACE and TALLMAN, Circuit Judges.

MEMORANDUM *

The district court had jurisdiction pursuant to 28 U.S.C. § 2254. We have jurisdiction under 28 U.S.C. § 2253(a).

We affirm based upon the well-reasoned decision of the District Court.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.